IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTIN N. POWELL,

        Plaintiff,

v.                                                        No. CV 22-24 GBW/CG

KEVIN LEROY JAHNKE, et al.,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Justin N. Powell's *Unopposed Motion for Extension of Time to File Response to Defendant, Kevin Leroy Jahnke's Rule 12(B)(5) NMRA Motion to Dismiss* (the "Motion"), (Doc. 6), filed February 4, 2022. In the Motion, Mr. Powell asks the Court to extend his response deadline to March 11, 2022. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Powell shall file his response to Defendant Kevin Leroy Jahnke's *Rule 12(b)(5) NMRA Motion to Dismiss*, (Doc. 3), by no later than **March 11, 2022**. Mr. Jahnke shall file his reply by no later than **March 25, 2022**.

        IT IS SO ORDERED.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE