IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTIN N. POWELL,

        Plaintiff,

v.                                                                      No. CV 22-24 GBW/CG

KEVIN LEROY JAHNKE, et al.,

        Defendants.

## ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court on Plaintiff Justin N. Powell's *Unopposed Motion for Continuance* (the "Motion"), (Doc. 9), filed March 22, 2022. In the Motion, Plaintiff explains that his counsel has a trial scheduled for March 29, 2022, and is therefore unavailable to attend the status conference set for that date. (Doc. 9 at 1). He also states that the parties "have reached a possible settlement in this matter pending approval by Plaintiff's UM/UIM Carrier." *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Telephonic Status Conference set for **Tuesday, March 29, 2022, at 10:30 a.m.** is hereby **VACATED**.

**IT IS FURTHER ORDERED** that by **April 22, 2022**, Plaintiff shall file a status report updating the Court regarding the status of this matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE