**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JUSTIN N. POWELL,

        Plaintiff,

v.                                            No. CV 22-24 GBW/CG

KEVIN LEROY JAHNKE, et al.,

        Defendants.

## <u>ORDER FOR CLOSING DOCUMENTS</u>

**THIS MATTER** is before the Court upon notice that the matter has settled. *See* (Doc. 9); (Doc. 11).

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 25, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE